IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ESTATE OF WILLIAM ELDER HOMAN, *deceased*, | * |
| | * |
| Plaintiff, | Case No. 5:21-cv-00053-TES |
| v. | * |
| GEOFFRY OSMAN, et al., | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated April 5, 2023, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants.

This 6th day of April, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk